**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.  13-23151-CIV-ALTONAGA/Simonton**

**UNITED STATES OF AMERICA**,

      Plaintiff,

v.

**ERIC D. HOLMES**,

      Defendant.

_____/

<u>**ORDER ADMINISTRATIVELY CLOSING CASE**</u>

**THIS CAUSE** is before the Court upon the Plaintiff's Motion for Extension of Time [ECF No. 13], filed on December 23, 2013.  In the Motion, Plaintiff advises the parties have reached an agreement for final judgment by consent.  The Court having carefully reviewed the file, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

1.  The above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation for dismissal within **thirty (30) days** of the date of this Order, with a proposed final judgment.  Upon the parties' filing of the Stipulation, the Court will enter the stipulated judgment.  Pursuant to the CM/ECF Administrative Procedures, the proposed judgment **shall be submitted to the Court by e-mail in Word format** at altonaga@flsd.uscourts.gov.

2.  If the parties fail to complete the expected settlement, either party may request the Court to reopen the case.

3.  The Clerk shall **CLOSE** this case for administrative purposes only.  Any pending motions are **DENIED AS MOOT**.

CASE NO.  13-23151-CIV-ALTONAGA

**DONE AND ORDERED** in Miami, Florida this 23rd day of December, 2013.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record
        Defendant, *pro se*

2